UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, | Civil No. 09-0906 (JRT/JJB) |
| Plaintiff, | |
| v. | **ORDER** |
| HELGESON ENTERPRISES, INC. *et al.*, | |
| Defendants. | |

_____

Aaron Simon and Rolf Sonnesyn, **TOMSCHE, SONNESYN & TOMSCHE,** 610 Ottawa Avenue North, Minneapolis, MN 55422, for plaintiff.

Richard Mark and Timothy Gelinske, **BRIGGS & MORGAN,** 80 South Eighth Street, Suite 2200, Minneapolis, MN 55402, for defendants.

This matter is before the Court upon the stipulation of dismissal filed by the parties on March 2, 2010 [Docket No. 14].

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITH PREJUDICE** against Edwin Davis, Paul Rock, Hongyi Yu, Barbara McGivney, Ryan Sutherland, Walter Cover, Melinda Roquemore, Luis Morales, Shelly Salzman f/k/a Shelly Weiss, Jonathan Feldman, Joshua Pevnick, Stanley J. Heller and Iona Workman;

2. This action is **DISMISSED WITHOUT PREJUDICE** as to Helgeson Enterprises, Inc.; and

3. Each party bears their own costs, expenses and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED:  March 3, 2010
at Minneapolis, Minnesota.

                                          s/ John R. Tunheim
                                          JOHN R. TUNHEIM
                                          United States District Judge